CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUL 27 2006
JOHN F. CORCORAN, CLERK
BY: HMcDaneCd
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MAURICE PRESTON SCOTT,<br>Plaintiff, | ) )<br>) | Civil Action No. 7:06cv000368 |
| v. | ) )<br>) | ORDER |
| BLUE RIDGE REGIONAL JAIL<br>AUTHORITY, et al.,<br>Defendants. | ) )<br>) )<br>) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that plaintiff's privilege to proceed in forma pauperis and to proceed in this action without prepayment of the $ 350.00 filing fee is hereby **REVOKED**. Plaintiff is hereby granted ten (10) days from the date of entry of this order to pay the $ 350.00 filing fee due in this matter. Plaintiff is advised that failure to pay the entire filing fee within ten days of the entry of this order will result in the dismissal of this action pursuant to 28 U.S.C. §1915(g).

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 27th day of July, 2006.

Senior United States District Judge